Elbert Melton Jr
589 Tifton Rd
Gordon AL 36343

Plaintiff(s),

v.

Sheila Rump
327 Leslie St
Gordon AL 36343

Defendant(s).

CIVIL ACTION NO.
1:23-CV-642-ECM-KFP

JURY DEMAND (MARK ONE)

☑ YES    ☐ NO

RECEIVED

2023 NOV -2 P 12:18

TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## COMPLAINT

1. Plaintiff(s)' address and telephone number: Elbert Melton 589 Tifton Rd, Gordon AL. 36343   334-435-8188

2. Name and address of defendant(s): Sheila Rump Gordon AL 36343  327 Leslie St

3. Place of alleged violation of civil rights: Gordon AL

4. Date of alleged violation of civil rights: 2017

5. State the facts on which you base your allegation that your constitutional [rights were] violated: Made false accusations on that demeaned my character by calling me a crook. Refused to meet me at the bank to handle towns business as both our names were on the checks / bank account

6. Relief requested: $1 million dollars

Date: 10-2-23

Elbert Milton

Plaintiff(s) Signature

2