IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ELBERT MELTON, JR., | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 1:23-cv-642-ECM |
| | ) |
| SHEILA RUMP, | ) |
| | ) |
|   Defendant. | ) |

## FINAL JUDGMENT

In accordance with the memorandum opinion and order entered on this date adopting the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the Court that this case is DISMISSED with prejudice.

The Clerk is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 2nd day of July, 2024.

                                                     /s/ Emily C. Marks
                                                     EMILY C. MARKS
                                                     CHIEF UNITED STATES DISTRICT JUDGE